IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEREMY FOWLER, <br> Plaintiff | ) <br> ) <br> ) <br> ) C.A. No. 08-45 Erie <br> ) |
| COUNTY OF ERIE, et al, <br> Defendants | ) <br> ) <br> ) |

## **O R D E R**

A Notice of Suggestion of Death of the Plaintiff has been filed in this case. Documents # 49 and 51. More than ninety days have passed since the filing of the Notice.

AND NOW, this 26th day of June, 2009;

In accordance with Federal Rule of Civil Procedure 25(a)(1-3),

IT IS HEREBY ORDERED that the Clerk of Courts close this case.

GARY L. LANCASTER
UNITED STATES DISTRICT JUDGE